**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MARVIN WALLACE, | ) | 3:13-cv-00090-MMD-WGC |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER EXTENDING TEMPORARY STAY** |
| DR. KOHEN, et al., | ) | |
| Defendants. | ) | |

In this action on a complaint brought pursuant to 42 U.S.C. § 1983, defendants seek a 45-day extension of the temporary stay in order to finalize ongoing settlement negotiations. ECF N. 8. Good cause appearing, the motion is **GRANTED.** The action shall remain stayed until July 17, 2013.

**IT IS SO ORDERED.**

Dated this 31st day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE