# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARVIN WALLACE,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  vs.  )<br>  )<br>DR. KOHEN, et al.,  )<br>  )<br>  Defendants.  )<br>_____) | 3:13-cv-00090-MMD-WGC<br><br>**ORDER EXTENDING<br>TEMPORARY STAY** |

In this action on a complaint brought pursuant to 42 U.S.C. § 1983, defendants seek a 45-day extension of the temporary stay in order to finalize ongoing settlement negotiations. ECF N. 8. Good cause appearing, the motion is **GRANTED.** The action shall remain stayed until July 17, 2013.

**IT IS SO ORDERED.**

Dated this 31st day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE